**SULAIMAN LAW GROUP, LTD.**
Bobby C. Walker (321788)
Attorney for Plaintiff
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181 x149
Fax: (630) 575-8188
bwalker@sulaimanlaw.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| JAHMILYA S. AKBAR, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC and TRANSUNION, LLC, <br><br> Defendants. | Case No. 2:23-cv-00862-JDP <br><br> ~~PROPOSED~~ ORDER |

Counsel for Plaintiff, Jahmilya S. Akbar, having filed with this Court his Motion to Substitute as Counsel and the Court having reviewed same, it is hereby ORDERED:

1. Alexander J. Taylor shall be substituted as counsel of record in this case.

2. Bobby C. Walker's appearance has been withdrawn from this matter.

IT IS SO ORDERED.

Dated:   July 11, 2023                                  _____
                                                        JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE